Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
Telephone:(559) 431-9710
Facsimile: (559) 431-4108
E-mail: efogderude1@yahoo.com

Attorney for Defendant RAMON RODRIQUEZ-DOMINGUEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00274 LJO |
| Plaintiff, | STIPULATION TO ADVANCE STAUS HEARING, AND ORDER THEREON |
| vs. | |
| RAMON RODRIQUEZ-DOMINGUEZ | DATE:   February 4, 2013<br>TIME:    10:00 a.m.<br>JUDGE:  Lawrence J. O'Neill |
| Defendant. | |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the status hearing in the above entitled matter now set for February 11, 2013, may be continued to January 22, 2013 at 10:00 a.m.

GOOD CAUSE EXISTS to allow for advancing the next hearing date because the defendant suffers from serious health issues which require medical care.

///

///

U.S. vs Rodriquez-Dominguez

Case No. 12-274

Stipulation/Proposed Order

DATED: January 14, 2013        FLETCHER & FOGDERUDE, Inc.

/s/ Eric K. Fogderude
ERIC K. FOGDERUDE
Attorney for Defendant,
RAMON RODRIQUEZ-DOMINGUEZ


Dated: January 14, 2013        Benjamin B. Wagner
United States Attorney

Megan Richards
/s/
MEGAN RICHARDS
Assistant US Attorney

**ORDER**

The court grants the stipulation that the Status hearing be advanced to January 22, 2013 at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **January 14, 2013**              **/s/ Lawrence J. O'Neill**
                                   UNITED STATES DISTRICT JUDGE

U.S. vs Rodriquez-Dominguez

Case No. 12-274

Stipulation/Proposed Order